IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

IVAN D. BRUETTE,

                Petitioner,

   v.                                              ORDER

JAMES GREER, RANDALL HEPP, MELINDA DERUS,    08-cv-28-jcs
MIKE LANG, KENNETH ADLER, SHARON ZUNKER,
TAMMY MADSEN and JODI DOUGHERTY,

                Respondents.
_____

Petitioner requests leave to proceed <u>in forma pauperis</u>. Attached to his affidavit of indigency is a proposed complaint.

Pursuant to 28 U.S.C. § 1915(b)(1), as amended by the Prison Litigation Reform Act, effective April 26, 1996, a prisoner bringing a civil action shall be required to pay the full amount of the $350.00. The Court shall collect an initial partial filing fee of 20% of the greater of the average monthly deposits in the prisoner's account or the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the complaint.

According to the information that petitioner submitted, he had income of $397.43 in the six month time period immediately preceding the filing of the complaint, an average of $66.24 a month. Petitioner has the means to pay an initial partial filing fee of $13.25, 20% of this amount.

Failure to pay this partial filing fee by February 5, 2008 may result in dismissal of this action for failure to prosecute. According to 28 U.S.C. § 1915(b)(2), after payment of the initial partial filing fee the institution's financial officer is authorized to deduct monthly payment from the petitioner's account until the $350.00 filing fee is paid in full.

ORDER

IT IS ORDERED that petitioner's request to proceed <u>in forma pauperis</u> is GRANTED.

IT IS FURTHER ORDERED that he shall pay an initial partial filing fee of $13.25 by February 5, 2008 or this action may be dismissed for his failure to prosecute.

Entered this 15th day of January, 2008.

BY THE COURT:

/s/

_____
JOHN C. SHABAZ
District Judge